# EXHIBIT 1

CAUSE NO. CL-19-3411-D

THE STATE OF TEXAS
COUNTY OF HIDALGO



NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:   AMERICAN NATIONAL RED CROSS
      BY SERVING ITS PRINCIPAL OFFICER, GAIL J. McGOVERN
      431 18TH STREET NW
      WASHINGTON DC  20006

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 24th day of June, 2019 in this Cause Numbered CL-19-3411-D on the docket of said Court, and styled,

**GAEL MENDOZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF
MARIA FIDENCIA MENDOZA, DECEASED
vs.
AMERICAN RED CROSS OF SOUTH TEXAS; AMERICAN NATIONAL RED CROSS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
   JESUS SOTELO
   PO BOX 701
   PHARR TX  78577

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 27th day of June, 2019.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #4

BY _____ DEPUTY
   ALMA NAVARRO

Electronically Submitted
6/27/2019 9:57 AM
Hidalgo County Clerk
Accepted by: Alma Navarro

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
  Came to hand on the ___1___ day of __July__, 20_19_, at _1430_ o'clock __A__ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

  Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following Date, time, and place, to-wit:

  American National Red Cross

  NAME _American_ DATE _7-9-19_ TIME _____ PLACE _V/A Certified mail_
       _Office Gayle V McGovern_          _Washington P~_

  By: __Frank Read__                By: _____
       CIVIL PROCESS SERVER              DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
  Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

  NAME _____ DATE _____ TIME _____ PLACE _____

  NAME _____ DATE _____ TIME _____ PLACE _____

  NAME _____ DATE _____ TIME _____ PLACE _____

  By: _____   By: _____
       CIVIL PROCESS SERVER              DEPUTY SHERIFF/CONSTABLE

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _Frank Read_, my date of birth is _08.41_ and my address is _PO Bx 1306 San Juan Tx_, I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _H___ County, state of Texas, on the _9_ day of _July_, 20_19_.

__Frank Read__
DECLARANT

_930-19 7327_
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Mike Archne   C. Date of Delivery: 7/9/19 |
| 1. Article Addressed to:<br>American National Red Cross<br>Officer- Gail J. MaGovern<br>431 19th St. WW<br>Washington DC. 20006<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4189 8121 5891 54 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>☑ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1830 0001 7502 8463 | |
| PS Form 3811, July 2015 | Domestic Return Receipt |

USPS TRACKING #

9590 9402 4189 8121 5891 54

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*



FRANK PRADO
P.O. BOX 2306
SAN JUAN, TEXAS
78589

CAUSE NO. CL-19-3411-D

THE STATE OF TEXAS
COUNTY OF HIDALGO

FILED AT 12:50 O'CLOCK
JUL 17 2019
ARTURO GUAJARDO JR., COUNTY CLERK
COUNTY COURT AT LAW OF HIDALGO CO.
BY _____ DEPUTY

Electronically Submitted
6/27/2019 9:57 AM
Hidalgo County Clerk
Accepted by: Alma Navarro

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To: AMERICAN RED CROSS OF SOUTH TEXAS
BY SERVING ITS INTERIM EXECUTIVE DIRECTOR, CARMEN ARRATA
6914 WEST EXPRESSWAY 83
HARLINGEN TX 78552

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 24th day of June, 2019 in this Cause Numbered CL-19-3411-D on the docket of said Court, and styled,

**GAEL MENDOZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARIA FIDENCIA MENDOZA, DECEASED**
**vs.**
**AMERICAN RED CROSS OF SOUTH TEXAS; AMERICAN NATIONAL RED CROSS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
JESUS SOTELO
PO BOX 701
DONNA TEXAS 78537

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 27th day of June, 2019.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #4

BY _Alma Navarro_ DEPUTY
ALMA NAVARRO

Electronically Submitted
6/27/2019 9:57 AM
Hidalgo County Clerk
Accepted by: Alma Navarro

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

**SHERIFF'S RETURN**
Came to hand on the __1__ day of __July__, 20_19_, at _11:20_ o'clock _A_ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

**DEFENDANT SERVED**
Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following Date, time, and place, to-wit: _American Red Cross South Texas_

NAME _American_ DATE _7-03-19_ TIME ____ PLACE _via certified mail hand delivery_
_Director Tanners Arriata_

By: _[signature]_ By: ____
CIVIL PROCESS SERVER        DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME ____ DATE ____ TIME ____ PLACE ____

NAME ____ DATE ____ TIME ____ PLACE ____

NAME ____ DATE ____ TIME ____ PLACE ____

By: ____ By: ____
CIVIL PROCESS SERVER        DEPUTY SHERIFF/CONSTABLE

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT**

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _Fritalipana_, my date of birth is _1840_ and my address is _1034 2306 San Juan TX_. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _Hidalgo_ County, state of Texas, on the _3_ day of _July_, 20_19_.

_[signature]_
DECLARANT

_93019 7327_
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Trover Balder_ (vol.)   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): F. Balor<br>C. Date of Delivery: 7-03-19 |
| 1. Article Addressed to:<br>American Red Cross South TX/LA<br>Director Carmen Anrath<br>6914 W. Expressway 83<br>Harlingen TX 78552<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4189 8121 5891 47 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1830 0001 7502 8456 | |
| PS Form 3811, July 2 | Domestic Return Receipt |



9590 9402 4189 8121 5891 47

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

FRANK PRADO
P.O. Box 2306
SAN JUAN, TEXAS
78589